JUNE 28, 1993

No. 91–882. LEWY ET AL. v. VIRGINIA DEPARTMENT OF TAXATION. Sup. Ct. Va. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Harper* v. *Virginia Dept. of Taxation, ante,* p. 86.

No. 91–1436. SWANSON ET AL. v. NORTH CAROLINA ET AL. Sup. Ct N. C. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Harper* v. *Virginia Dept. of Taxation, ante,* p. 86.

No. 91–1473. SHEEHY ET AL. v. MONTANA DEPARTMENT OF REVENUE. Sup. Ct. Mont. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Harper* v. *Virginia Dept. of Taxation, ante,* p. 86.

No. 91–1697. BASS ET AL. v. SOUTH CAROLINA ET AL. Sup. Ct. S. C. Motion of Tax Section, South Carolina Bar, for leave to file a brief as *amicus curiae* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Harper* v. *Virginia Dept. of Taxation, ante,* p. 86.

No. 91–1913. OHIO v. DEMUTH. Ct. App. Ohio, Erie County. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Dixon, ante,* p. 688.